FILED

NOV 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10
11   JEANNE BALE,                          No. C 05-04213 MHP
12            Plaintiff(s),                 **ORDER**
13   v.
14   MERCK & CO., INC.,
15            Defendant(s).
16
17        This matter having been stayed pending other proceedings, and there being no further reason
18   at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to
19   submit a JS-6 Form to the Administrative Office.
20        Nothing contained in this minute entry shall be considered a dismissal or disposition of this
21   action and, should further proceedings in this litigation become necessary or desirable, any party may
22   initiate it in the same manner as if this entry had not been entered.
23
24   Dated:                                _____
25                                          MARILYN HALL PATEL
                                            United States District Judge
26
27
28